# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| Robert Pope | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00240-JG |
| Carrington Mortgage Services, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carrington Mortgage Services, LLC.

Date: 02/28/2018

/s/ Kevin M. Hudspeth
*Attorney's signature*

Kevin M. Hudspeth, Of Counsel (0092564)
*Printed name and bar number*

Maurice Wutscher LLC
Deerfield Square
2775 U.S. 22&3, Suite 6
Maineville, Ohio  45039
*Address*

khudspeth@mauricewutscher.com
*E-mail address*

(513) 571-0269
*Telephone number*

(866) 581-9302
*FAX number*